**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy Grismore, | No. CV 07-1029-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Kenneth Eisen & Associates LTD and Mary Bertram, | |
| Defendants. | |

Pending before the Court are Defendant Kenneth Eisen & Associates Ltd.'s Motion for Attorneys' Fees (Doc. # 59) and Plaintiff Kathy Grismore's Motion for Relief from the Judgment (Doc. # 68).

**Motion for Attorneys' Fees**

The Court previously found that Kenneth Eisen is entitled to recover attorneys' fees under 15 U.S.C. § 1692k(a)(3) (1998)[1] for the reasons stated on the record at a hearing held on March 24, 2008. [Doc. ## 55-56.] Pursuant to that finding, Kenneth Eisen now seeks

---

[1] This statute permits a court to award "reasonable" attorneys' fees to a defendant debt collector in an action under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq., if the court finds that the action "was brought in bad faith and for the purpose of harassment."

attorneys' fees in the amount of $9,070.50.[2]  In her motion for relief from the judgment, which also serves as a response to the motion for attorneys' fees, Grismore does not dispute the reasonableness of this amount.  The Court therefore will grant Kenneth Eisen's motion in the amount requested.

**Motion for Relief from the Judgment**

Grismore moves for relief from the judgment under Federal Rule of Civil Procedure 60(b).  This motion was filed after Grismore appealed this Court's final order to the Ninth Circuit Court of Appeals.

After an appeal is filed, a district court does not have jurisdiction to decide a Rule 60(b) motion unless "the movant follows a certain procedure, which is to 'ask the district court whether it wishes to entertain the motion, or to grant it, and then move [the circuit] court, if appropriate, for remand of the case.'" *Davis v. Yageo Corp.*, 481 F.3d 661, 685 (9th Cir. 2007) (quoting *Gould v. Mut. Life Ins. Co. of N.Y.*, 720 F.2d 769, 772 (9th Cir. 1986)).  Grismore did not follow this procedure before filing her Rule 60(b) motion.  The Court therefore lacks jurisdiction to entertain it.

Accordingly,

**IT IS ORDERED** that Defendant Kenneth Eisen & Associates Ltd.'s Motion for Attorneys' Fees (Doc. # 59) is **GRANTED**.  The Clerk of the Court shall enter judgment against Plaintiff and in favor of Defendant Kenneth Eisen & Associates Ltd. in the amount of $9,070.50.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Relief from the Judgment (Doc. # 68) is **DENIED**.

---

[2] The total amount of fees Kenneth Eisen incurred in this case is $10,390.50.  However, because the Court had previously awarded fees in the amount of $1,320.00 to Kenneth Eisen, this amount was deducted from the amount requested pursuant to the present motion.

1     DATED this 25th day of June, 2008.

*[signature]*
James A. Teilborg
United States District Judge